UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COGNITIVE EDGE PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> CODE GENESYS, LLC, SPRYNG.IO, LLC, SPRYNG.IO ANTHROCOMPLEXITY, LLC, and SPRYNG.IO EU LTD., <br><br> Defendants. | * <br> * <br> * <br> * <br> * Civil Action No. 1:19-cv-12123-IT <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## Judgment

**TALWANI, D.J.**

Pursuant to the court's Findings of Fact and Conclusions of Law [#84], judgment is entered in favor of Plaintiff Cognitive Edge PTE Ltd. and against Defendants Code Genesys, LLC, Spryng.Io, LLC, Spryng.Io Anthrocomplexity, LLC, and Spryng.Io EU Ltd., jointly and severally, in the amount of $133,792.92 on Plaintiff's claims for Breach of Contract (Count 1) and Breach of the Covenant of Good Faith and Fair Dealing (Count 2) of the Amended Complaint [#26] and against Plaintiff on all remaining claims.

IT IS SO ORDERED.

Date:   January 19, 2021                                              /s/ Indira Talwani
                                                                      United States District Judge